IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES TEAGUE, | § | NO. 1:23-CV-1388-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ROHDE AIR CONDITIONING & HEATING LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is a Joint Stipulation of Dismissal with Prejudice. (Dkt. # 11.)  The Stipulation informs the Court that the parties have settled their dispute and stipulate to dismissal with prejudice of all claims in the case.  (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees.  The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, November 19, 2024.

_____
David Alan Ezra
Senior United States District Judge